IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY HAYNES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 22-cv-2744-SMY |
| | ) |
| WARDEN WILLS, | ) |
| | ) |
| Respondent. | ) |

# ORDER

**YANDLE, District Judge:**

Petitioner Gregory Haynes was convicted of first-degree murder in 2014 following a bench trial in Cook County, Illinois and sentenced to 55 years in prison. Haynes is currently serving his sentence at Hill Correctional Center. Haynes filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 to contest his state court sentence (Doc. 1). The Court dismissed the Petition without prejudice for failing to exhaust administrative remedies (Doc. 7). Now before the Court is Haynes' motion for reconsideration (Doc. 9). For the following reasons, this Court will transfer Haynes' pending motion to the Northern District of Illinois.

Haynes was convicted in Cook County, Illinois, which is situated in the federal judicial district for the Northern District of Illinois. 28 U.S.C. § 93(b). He is confined at Hill Correctional Center, which is in the Central District. 28 U.S.C. § 93(c). Therefore, jurisdiction over this action is proper in the Central District and the Northern District. 28 U.S.C. §2241(d). The Court finds that the Northern District is a more convenient forum for the hearing and determination of this habeas corpus action because the records of Haynes' criminal conviction and most of the participants in his criminal case may be found there.

Accordingly, pursuant to 28 U.S.C. §§ 2241(d) and 1404(a), and on the Court's own motion, **IT IS ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Northern District of Illinois for such further proceedings as that Court may deem necessary.

**IT IS SO ORDERED.**

DATED: October 18, 2023

**STACI M. YANDLE**
**United States District Judge**